# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 24, 2022

Lyle W. Cayce
Clerk

No. 20-11221
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Hugh Michael Glenn,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CR-447-1

---

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Hugh Michael Glenn, federal prisoner # 09541-078, seeks leave to proceed in forma pauperis (IFP) on appeal from the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. The district court denied Glenn's § 3582(c)(1)(A)(i) motion based solely upon its consideration

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-11221

of the 18 U.S.C. § 3553(a) factors. *See United States v. Chambliss*, 948 F.3d 691, 693-94 (5th Cir. 2020).

Glenn's disagreement with the district court's § 3553(a) analysis is not a sufficient ground for reversal. *See id.* at 694. Because he fails to identify a nonfrivolous argument for appeal, Glenn's IFP motion is DENIED, and the appeal is DISMISSED AS FRIVOLOUS. *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR. R. 42.2.